UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLIED SAFE & VAULT CO., INC., a )<br>Washington corporation, )<br> )<br>               Plaintiff, )<br> )<br>   -vs- )<br> )<br>ALLIED FIRE SPRINKLERS, INC., a )<br>Washington corporation; DUANE )<br>BARTHOLOMEW, an individual; and )<br>DOES, 1 through 10, )<br> )<br>             Defendants. )<br> ) | NO.  CV-09-0153-LRS<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties (Ct. Rec. 6) filed September 16, 2009, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

**DATED** this 21st day of September, 2009.

**s/Lonny R. Suko**

_____
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1